UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| YELENA BROOKS<br><br>    Plaintiff,<br><br>vs.<br><br>DILLARDS, INC.,<br><br>    Defendant. | Case No.:  CV 09-85-S-REB<br><br>**MEMORANDUM DECISION AND ORDER RE: MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>**(Docket No. 13)** |

Currently before the Court is Defendant's Motion to Compel Arbitration and Stay Proceedings (Docket No. 13).  Having carefully reviewed the record and otherwise being fully advised, the Court enters the following Memorandum Decision and Order:

### DISCUSSION

On August 17, 2009, Defendant filed its Motion to Compel Arbitration and Stay Proceedings (Docket No. 13), requesting that this Court "order the parties to arbitrate their dispute and stay these judicial proceedings until arbitration is complete."  *See* Mot. to Compel Arib. and Stay Proceedings, p. 2 (Docket No. 13).  On September 10, 2009, Plaintiff submitted her response to Plaintiff's Motion, stating she had "no objection to moving forward with arbitration in this matter.  *See* Resp. to Mot. to Compel Arb., p. 2 (Docket No. 19).

### ORDER

BASED UPON THE FOREGOING, it is HEREBY ORDERED that Defendant's Motion to Compel Arbitration and Stay Proceedings (Docket No. 13) is GRANTED.  Arbitration is

**MEMORANDUM DECISION AND ORDER - 1**

compelled; in the meantime, this action will be stayed until arbitration is complete. The parties are to submit a joint status report on **January 15, 2010**, informing the Court of the action's progress.



DATED: **September 15, 2009**

_____
Honorable Ronald E. Bush
U. S. Magistrate Judge

**MEMORANDUM DECISION AND ORDER - 2**